UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS COJ PAR,

                            Plaintiff,                           No. 21 Civ. 6496 (MKB) (LB)

      -against-

AGOROMI RISTORANTE LLC d/b/a NOSTRO
RISTORANTE, AGOSTINO RIPA, and ROUMELIIA      **JUDGMENT**
RIPA,

                            Defendants.
-------------------------------------------------------------------X

      **WHEREAS**, a Notice of Acceptance with Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Carlos Coj Par ("Plaintiff") on August 3, 2022; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Agoromi Ristorante LLC d/b/a Nostro Ristorante, Agostino Ripa, and Roumeliia Ripa, jointly and severally, in the amount of $24,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: Brooklyn, New York
       August 8, 2022

                                                   BRENNA B. MAHONEY
                                                   CLERK OF COURT

                                                   BY: _Jalitza Poveda_____
                                                            Deputy Clerk